1  Yitzchak Zelman
2  MARCUS & ZELMAN, LLC
   701 Cookman Avenue, Suite 300
3  Asbury Park, NJ 07712
4  (732) 695-3282
   yzelman@marcuszelman.com
5  Attorney for Plaintiff
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

12  CARLA FLANNERY, on behalf of     ) Case No. 2:23-cv-07931-CBM-BFMx
    herself and all others similarly situated, )
13                                    )
            Plaintiff,                )
14                                    )
         -against-                    ) **ORDER RE DISMISSAL [36][JS-6]**
15                                    )
    AMERICAN EXPRESS COMPANY,         )
16                                    )
            Defendant.                )
17                                    )
18                                    )
19                                    )
20                                    )
21                                    )
22                                    )
23
24
25
26
27
28

- 1 -

**ORDER RE STIPULATION OF DISMISSAL**

Pursuant to the stipulation, it is hereby ordered:

1. Plaintiff's individual claims are dismissed with prejudice.

2. All claims of the proposed class are dismissed without prejudice.

3. All parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: September 30, 2024

Hon. Consuelo B. Marshall
UNITED STATES DISTRICT JUDGE